1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  DECHERT LLP
   One Maritime Plaza
3  Suite 2300
   San Francisco, California 94111-3513
4  Telephone: 415.262.4500
   Facsimile:  415.262.4555
5
   Attorneys for Defendants
6  AIG MATCHED FUNDING CORP., AIG
   FINANCIAL SECURITIES CORP., AIG
7  FINANCIAL PRODUCTS CORP., and
   AMERICAN INTERNATIONAL GROUP, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. THIERIOT, an individual, | Case No. C-07-05069 JW RS |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| AIG MATCHED FUNDING CORP., a corporation; AIG FINANCIAL SECURITIES CORP., a corporation; BANQUE AIG, a corporation; AIG FINANCIAL PRODUCTS CORP., a corporation; AMERICAN INTERNATIONAL GROUP, INC., a corporation; and DOES ONE THROUGH THIRTY, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 6-1 (a), the parties hereto stipulate to extend the time within which to respond to the Complaint. Plaintiff filed the Complaint on October 2, 2007, and the last day for defendants to file a responsive pleading is January 7, 2008. The parties stipulate that defendants AIG Matched Funding Corporation, AIG Financial Securities Corporation, AIG Financial Products Corporation, and American International Group, Inc.'s time within which to respond to the Complaint shall be extended for 30 days, to February 6, 2008.

Dated: January 7, 2008

LUKENS LAW GROUP
WILLIAM M. LUKENS

By: *[signature]*
WILLIAM M. LUKENS
Attorneys for Plaintiff
RICHARD T. THIERIOT

Dated: January 7, 2008

DECHERT LLP
H. JOSEPH ESCHER III

By: *[signature]*
H. JOSEPH ESCHER III
Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES
CORP., AIG FINANCIAL
PRODUCTS CORP., AMERICAN
INTERNATIONAL GROUP, INC.

13053966.1.LITIGATION