1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  DECHERT LLP
   One Maritime Plaza
3  Suite 2300
   San Francisco, California 94111-3513
4  Telephone:  415.262.4500
   Facsimile:   415.262.4555
5
   Attorneys for Defendants
6  AIG MATCHED FUNDING CORP., AIG
   FINANCIAL SECURITIES CORP., AIG
7  FINANCIAL PRODUCTS CORP., and
   AMERICAN INTERNATIONAL GROUP, INC.
8

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware
1/8/2008

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  RICHARD T. THIERIOT, an individual,        Case No.  C-07-05069 JW RS

13                 Plaintiff,

14     v.                                       **STIPULATION TO EXTEND TIME TO
                                                RESPOND TO COMPLAINT**
15  AIG MATCHED FUNDING CORP., a
    corporation; AIG FINANCIAL
16  SECURITIES CORP., a corporation;
    BANQUE AIG, a corporation; AIG
17  FINANCIAL PRODUCTS CORP., a
    corporation; AMERICAN
18  INTERNATIONAL GROUP, INC., a
    corporation; and DOES ONE THROUGH
19  THIRTY, inclusive,

20                 Defendants.

21
22
23
24
25
26
27
28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO COMPLAINT C-07-05069 JW RS

Pursuant to Local Rule 6-1 (a), the parties hereto stipulate to extend the time within which to respond to the Complaint. Plaintiff filed the Complaint on October 2, 2007, and the last day for defendants to file a responsive pleading is January 7, 2008. The parties stipulate that defendants AIG Matched Funding Corporation, AIG Financial Securities Corporation, AIG Financial Products Corporation, and American International Group, Inc.'s time within which to respond to the Complaint shall be extended for 30 days, to February 6, 2008.

Dated: January 7, 2008

LUKENS LAW GROUP
WILLIAM M. LUKENS

By: _____
WILLIAM M. LUKENS
Attorneys for Plaintiff
RICHARD T. THIERIOT

Dated: January 7, 2008

DECHERT LLP
H. JOSEPH ESCHER III

By: _____
H. JOSEPH ESCHER III
Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES
CORP., AIG FINANCIAL
PRODUCTS CORP., AMERICAN
INTERNATIONAL GROUP, INC.

*****

**ORDER:**

The Court continues the Case Managment Conference from February 25, 2008 at 10:00 AM to March 31, 2008 at 10:00 AM. The Parties are to file a joint Case Management Statement by March 21, 2008

Date: January 8, 2008

_____
United States District Court Judge James Ware