1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
3  DECHERT LLP
   One Maritime Plaza
4  Suite 2300
   San Francisco, California 94111-3513
5  Telephone: 415.262.4500
   Facsimile:  415.262.4555
6
   Attorneys for Defendants
7  AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
8  AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP,
9  INC., and BANQUE AIG

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15 | RICHARD T. THIERIOT, an individual,      | Case No. C-07-05069 JW RS
16 |              Plaintiff,                  |
17 |        v.                                | STIPULATION TO EXTEND TIME
                                              | FOR DEFENDANT BANQUE AIG
18 | AIG MATCHED FUNDING CORP., a             | TO RESPOND TO COMPLAINT
   | corporation; AIG FINANCIAL SECURITIES    |
19 | CORP., a corporation; BANQUE AIG, a      |
   | corporation; AIG FINANCIAL PRODUCTS      |
20 | CORP., a corporation; AMERICAN           |
   | INTERNATIONAL GROUP, INC.,               |
21 | a corporation; and DOES ONE THROUGH      |
   | THIRTY, inclusive,                       |
22 |              Defendants.                 |
23
24
25
26
27
28

1  Pursuant to Local Rule 6-1 (a), the parties hereto stipulate to extend the time within
2  which to respond to the Complaint.  Plaintiff filed the Complaint on October 2, 2007, and
3  served defendant Banque AIG on January 14, 2008.  The last day for Banque AIG to file a
4  responsive pleading is February 4, 2008.  Plaintiff and Banque AIG stipulate that Banque
5  AIG's time to respond to the Complaint shall be extended until February 6, 2008.

7  Dated: January 28, 2008              LUKENS LAW GROUP
                                         WILLIAM M. LUKENS
8                                        JENNIFER L. JONAK

10                                       By:      /S/
                                            WILLIAM M. LUKENS
11                                          Attorneys for Plaintiff
                                            RICHARD T. THIERIOT

13  Dated: January 28, 2008              DECHERT LLP
                                         H. JOSEPH ESCHER III
14                                       FRANCE JAFFE

16                                       By:      /S/
                                            FRANCE JAFFE
17                                          Attorneys for Defendants
                                            AIG MATCHED FUNDING CORP.,
18                                          AIG FINANCIAL SECURITIES
                                            CORP., AIG FINANCIAL
19                                          PRODUCTS CORP., AMERICAN
                                            INTERNATIONAL GROUP, INC.,
20                                          and BANQUE AIG