1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
3  DECHERT LLP
   One Maritime Plaza
4  Suite 2300
   San Francisco, California 94111-3513
5  Telephone: 415.262.4500
   Facsimile:  415.262.4555
6
   Attorneys for Defendants
7  AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
8  AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP,
9  INC., and BANQUE AIG

GRANTED
Judge James Ware
1/30/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual, | Case No. C-07-05069 JW RS |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME FOR DEFENDANT BANQUE AIG TO RESPOND TO COMPLAINT |
| AIG MATCHED FUNDING CORP., a corporation; AIG FINANCIAL SECURITIES CORP., a corporation; BANQUE AIG, a corporation; AIG FINANCIAL PRODUCTS CORP., a corporation; AMERICAN INTERNATIONAL GROUP, INC., a corporation; and DOES ONE THROUGH THIRTY, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 6-1 (a), the parties hereto stipulate to extend the time within which to respond to the Complaint. Plaintiff filed the Complaint on October 2, 2007, and served defendant Banque AIG on January 14, 2008. The last day for Banque AIG to file a responsive pleading is February 4, 2008. Plaintiff and Banque AIG stipulate that Banque AIG's time to respond to the Complaint shall be extended until February 6, 2008.

Dated: January 28, 2008

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK


By:       /S/
    WILLIAM M. LUKENS
    Attorneys for Plaintiff
    RICHARD T. THIERIOT

Dated: January 28, 2008

DECHERT LLP
H. JOSEPH ESCHER III
FRANCE JAFFE


By:       /S/
    FRANCE JAFFE
    Attorneys for Defendants
    AIG MATCHED FUNDING CORP.,
    AIG FINANCIAL SECURITIES
    CORP., AIG FINANCIAL
    PRODUCTS CORP., AMERICAN
    INTERNATIONAL GROUP, INC.,
    and BANQUE AIG