UNITED STATES DISTRICT COURT

Northern District of California

RICHARD T. THIERIOT,

                Plaintiff(s),

v.

AIG MATCHED FUNDING CORP., et al.,

                Defendant(s).

CASE NO. C-07-05069 JW RS

(Proposed) JW
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

NICOLLE L. JACOBY, an active member in good standing of the bar of New York and the District of Columbia, whose business address and telephone number (particular court to which applicant is admitted) is

Dechert LLP, 30 Rockefeller Plaza, New York, NY 10112-2200, (212) 698-3500.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants AIG MATCHED FUNDING et al.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 31, 2008

                                                               United States District Judge