1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  OLIVIER P. STRAUCH (admitted *pro hac vice*)
   olivier.strauch@dechert.com
3  DECHERT LLP
   30 Rockefeller Plaza
4  New York, NY  10112-2200
   Telephone:  212.698.3500
5  Facsimile:   212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone:  415.262.4500
   Facsimile:   415.262.4555
11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP, INC.,
14 and BANQUE AIG

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                             SAN JOSE DIVISION

19

20 RICHARD T. THIERIOT, an individual,       Case No.  C-07-05069 JW RS

21           Plaintiff,                       Action Filed:  October 7, 2007

22    v.                                      [PROPOSED] ORDER GRANTING
                                              DEFENDANTS' MOTION TO DISMISS
23 AIG MATCHED FUNDING CORP.,                 AND STRIKE
   AIG FINANCIAL SECURITIES CORP.,
24 AIG FINANCIAL PRODUCTS CORP.,              Date:     April 7, 2008
   AMERICAN INTERNATIONAL GROUP,              Time:     9:00 a.m.
25 INC., BANQUE AIG, and DOES ONE             Dep't:    Courtroom 8, 4th Floor
   THROUGH THIRTY, inclusive,                 Judge:    Honorable James Ware
26
27           Defendants.

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO         [PROPOSED] ORDER GRANTING DEFS.' MOT. TO DISMISS & STRIKE        C-07-05069 JW RS

1  The Motion to Dismiss and to Strike filed by Defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., American International Group, Inc., and Banque AIG ("Defendants") came on regularly for hearing on April 7, 2008 in Courtroom 8 of the above-entitled Court, the Honorable James Ware presiding.  After full consideration of the papers filed in connection with the motion, the arguments of counsel and all other papers on file in this action, Defendants' motion to dismiss Plaintiff Richard Thieriot's first cause of action for fraud, second cause of action for unjust enrichment, and third cause of action based on the California Business & Professions Code section 17200, and to strike Plaintiff's jury demand, is GRANTED without leave to amend.

IT IS SO ORDERED.

Dated:_____    _____
                                 UNITED STATES DISTRICT COURT JUDGE