1   NICOLLE L. JACOBY (admitted *pro hac vice*)
    nicolle.jacoby@dechert.com
2   OLIVIER P. STRAUCH (admitted *pro hac vice*)
    olivier.strauch@dechert.com
3   DECHERT LLP
    30 Rockefeller Plaza
4   New York, NY 10112-2200
    Telephone:  212.698.3500
5   Facsimile:  212.698.3599

6   H. JOSEPH ESCHER III (No. 85551)
    h.joseph.escher@dechert.com
7   FRANCE JAFFE (No. 217471)
    france.jaffe@dechert.com
8   DECHERT LLP
    One Maritime Plaza
9   Suite 2300
    San Francisco, CA  94111-3513
10  Telephone: 415.262.4500
    Facsimile:  415.262.4555
11

    Attorneys for Defendants
12  AIG MATCHED FUNDING CORP.,
    AIG FINANCIAL SECURITIES CORP.,
13  AIG FINANCIAL PRODUCTS CORP.,
    AMERICAN INTERNATIONAL GROUP, INC.,
14  and BANQUE AIG

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19

| | |
|---|---|
| 20   RICHARD T. THIERIOT, an individual, | Case No. C-07-05069 JW RS |
| 21                Plaintiff, | Action Filed:  October 2, 2007 |
| 22        v. | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE |
| 23   AIG MATCHED FUNDING CORP., AIG FINANCIAL SECURITIES CORP., | |
| 24   AIG FINANCIAL PRODUCTS CORP., AMERICAN INTERNATIONAL GROUP, | Date:      April 7, 2008  <br> Time:      9:00 a.m. |
| 25   INC., BANQUE AIG, and DOES ONE THROUGH THIRTY, inclusive, | Dep't:     Courtroom 8, 4th Floor  <br> Judge:    Honorable James Ware |
| 26 | |
| 27                Defendants. | |

28

Defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., American International Group, Inc., and Banque AIG ("Defendants") hereby ask this Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the documents attached hereto as Exhibits 1 and 2.

Judicial notice of matters of public record, such as other judicial proceedings and pleadings filed therein, is proper and does not convert this motion into one for summary judgment. *See, e.g., Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1198 (9th Cir. 1988); *Rothman v. Gregor*, 220 F.3d 81, 92 (2d Cir. 2000).

This Court may also properly take judicial notice of the allegations contained in Plaintiff's previously-filed Tax Court Action, including for purposes of analyzing the timing of notice for statute of limitations purposes. *See., e.g., Taylor v. Philip Morris, Inc.*, No. C 03-0758MMC, 2003 U.S. Dist. LEXIS 18807, at *4 (N.D. Cal. Oct. 20, 2003).

By this Request for Judicial Notice, and Defendants' memorandum in support of their Motion to Dismiss and Strike, these documents have been brought to the attention of this Court, and Plaintiff has been given ample opportunity to consider them.

The documents of which Defendants seek judicial notice are as follows:

1. Exhibit 1, a true and correct copy of the Petition for Readjustment of Partnership Items Under Code Section 6626, dated July 8, 2004 and filed in *Parrott Enterprises, LLC, Angelica Thieriot, Tax Matters Partner, v. Commissioner*, Docket No. 1930-04 (U.S. Tax Court), including the IRS Notice of Final Partnership Administrative Adjustment, dated April 13, 2004, annexed thereto as Exhibit A.

2. Exhibit 2, a true and correct copy of the Order of Judge Stephen J. Swift, dated October 31, 2006, filed in *Parrott Enterprises, LLC, Angelica Thieriot, Tax Matters Partner, v. Commissioner*, Docket No. 1930-04 (U.S. Tax Court).

Dated: February 6, 2008

Respectfully,

NICOLLE L. JACOBY
OLIVIER P. STRAUCH
H. JOSEPH ESCHER III
FRANCE JAFFE
DECHERT LLP


By:　　　/S/
FRANCE JAFFE
Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
AMERICAN INTERNATIONAL GROUP, INC., and BANQUE AIG