1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  OLIVIER P. STRAUCH (admitted *pro hac vice*)
   olivier.strauch@dechert.com
3  DECHERT LLP
   30 Rockefeller Plaza
4  New York, NY  10112-2200
   Telephone:  212.698.3500
5  Facsimile:  212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone: 415.262.4500
   Facsimile:  415.262.4555
11

   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP, INC.,
14 and BANQUE AIG

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

| | |
|---|---|
| 20  RICHARD T. THIERIOT, an individual, | Case No.  C-07-05069 JW RS |
| 21            Plaintiff, | Action Filed:  October 7, 2007 |
| 22       v. | DECLARATION OF OLIVIER P. STRAUCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE |
| 23  AIG MATCHED FUNDING CORP., AIG FINANCIAL SECURITIES CORP., AIG FINANCIAL PRODUCTS CORP., AMERICAN INTERNATIONAL GROUP, INC., BANQUE AIG, and DOES ONE THROUGH THIRTY, inclusive, | |
| 24 | Date:      April 7, 2008 |
| 25 | Time:      9:00 a.m. |
|    | Dep't:     Courtroom 8, 4th Floor |
| 26 | Judge:     Honorable James Ware |
| 27            Defendants. | |

28

I, Olivier P. Strauch, declare as follows:

1. I am an attorney at law licensed to practice in the States of New York and Maryland and the District of Columbia. I am an associate at the law firm of Dechert LLP, counsel of record for Defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., American International Group, Inc., and Banque AIG in this action, and have been admitted *pro hac vice* by Order of the Hon. J. Ware, dated January 31, 2008. Unless otherwise indicated, I have personal knowledge of the matters stated herein, and I could, and would, competently testify thereto if called upon as a witness.

2. Attached as Exhibit A is a true and correct copy of the ISDA Master Agreement, dated March 14, 2000, executed by Banque AIG, London Branch and J.P. Thieriot Investment Group, LLC, including the ISDA Schedule to the Master Agreement, dated March 14, 2000, and the General Guarantee Agreement of American International Group, Inc., dated May 20, 1997.

3. Attached as Exhibit B is a true and correct copy of written confirmation of the "Share Option Transaction I (Banque AIG Call)," dated March 14, 2000, executed by Banque AIG, London Branch and J.P. Thieriot Investment Group, LLC.

4. Attached as Exhibit C is a true and correct copy of written confirmation of the "Share Option Transaction II (Trust Call)," dated March 14, 2000, executed by Banque AIG, London Branch and J.P. Thieriot Investment Group, LLC.

5. Attached as Exhibit D is a true and correct copy of the Note Purchase Agreement, dated March 14, 2000, executed by AIG Matched Funding Corp. and J.P. Thieriot Investment Group, LLC.

6. Attached as Exhibit E is a true and correct copy of written Bond Power, dated March 13, 2000, executed by J.P. Thieriot Investment Group, LLC, with attached copy of executed AIG Matched Funding Corp. Zero Coupon Notes Due June 15, 2000.

1     7. Attached as Exhibit F is a true and correct copy of the Pledge Agreement, dated March 13, 2000, executed by Banque AIG, London Branch and J.P. Thieriot Investment Group, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __ day of February 2008, at New York, New York.

                                                    _____
                                                    OLIVIER P. STRAUCH