7. Attached as Exhibit F is a true and correct copy of the Pledge Agreement, dated March 13, 2000, executed by Banque AIG, London Branch and J.P. Thieriot Investment Group, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February 2008, at New York, New York.

_____
OLIVIER P. STRAUCH