1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  OLIVIER P. STRAUCH (admitted *pro hac vice*)
   olivier.strauch@dechert.com
3  DECHERT LLP
   30 Rockefeller Plaza
4  New York, NY 10112-2200
   Telephone:  212.698.3500
5  Facsimile:  212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone: 415.262.4500
   Facsimile:  415.262.4555
11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP, INC.,
14 and BANQUE AIG

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                            SAN JOSE DIVISION

19

| | |
|---|---|
| 20  RICHARD T. THIERIOT, an individual, | Case No. C-07-05069 JW RS |
| 21               Plaintiff, | Action Filed:  October 2, 2007 |
| 22       v. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| 23  AIG MATCHED FUNDING CORP., AIG FINANCIAL SECURITIES CORP., | (N.D. Cal. Civ. L.R. 3-16) |
| 24  AIG FINANCIAL PRODUCTS CORP., AMERICAN INTERNATIONAL GROUP, | |
| 25  INC., BANQUE AIG, and DOES ONE THROUGH THIRTY, inclusive, | |
| 26               Defendants. | |

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS          C-07-05069 JW RS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Defendants AIG Matched Funding Corp. and AIG Financial Securities Corp. are direct,
7  wholly-owned subsidiaries of Defendant AIG Financial Products Corp. Defendant Banque AIG
8  is owned 90% by Defendant AIG Financial Products Corp. and 10% by Defendant AIG Matched
9  Funding Corp. Defendant AIG Financial Products Corp. is a direct, wholly owned subsidiary of
10 Defendant American International Group, Inc. Defendant American International Group, Inc. is a
11 public corporation with no parent company above it.

12 Defendants will supplement and/or amend this Certification if Defendants become aware
13 of any other interested person(s) or entity(ies).

14 Dated: February 6, 2008                    Respectfully,

15                                            NICOLLE L. JACOBY
                                              OLIVIER P. STRAUCH
16                                            H. JOSEPH ESCHER III
                                              FRANCE JAFFE
17                                            DECHERT LLP

18
                                              By:      /S/
19                                                FRANCE JAFFE
                                                  Attorneys for Defendants
20                                                AIG MATCHED FUNDING CORP.,
                                                  AIG FINANCIAL SECURITIES CORP.,
21                                                AIG FINANCIAL PRODUCTS CORP.,
                                                  AMERICAN INTERNATIONAL
22                                                GROUP, INC., and BANQUE AIG

23
24
25
26
27
28

DECHERT LLP
ATTORNEYS AT LAW        CERTIFICATION OF INTERESTED ENTITIES OR PERSONS        C-07-05069 JW RS
SAN FRANCISCO
                                            - 1 -