1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  OLIVIER P. STRAUCH (admitted *pro hac vice*)
   olivier.strauch@dechert.com
3  DECHERT LLP
   30 Rockefeller Plaza
4  New York, NY  10112-2200
   Telephone:  212.698.3500
5  Facsimile:   212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone:  415.262.4500
   Facsimile:   415.262.4555
11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP,
14 INC., and BANQUE AIG

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19

| | |
|---|---|
| 20  RICHARD T. THIERIOT, | Case No.  C-07-05069 JW RS |
| 21         Plaintiff, | Action Filed:  October 2, 2007 |
| 22     v. | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME RE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES |
| 23  AIG MATCHED FUNDING CORP., et al., | |
| 24         Defendants. | (N.D. Cal. Civ. L.R. 6-1(b), 6-3, 16-2(d)) |
| 25 | Dep't:   Courtroom 8, 4th Floor |
| 26 | Judge:   Honorable James Ware |

27

28

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER** |

3   For good cause shown, Defendants' Motion To Change Time Re Initial Case Management Conference And Associated Deadlines is GRANTED.  The initial case management conference shall be held on June 2, 2008 at 10:00 a.m.  The parties shall complete their initial disclosures and file their Joint Case Management Statement by May 23, 2008, and the parties shall meet and confer regarding their initial disclosures, early settlement, ADR process selection and discovery plan, and shall file their Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by May 5, 2008.

IT IS SO ORDERED

DATED:  February ___, 2008.

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE