NICOLLE L. JACOBY (admitted *pro hac vice*)
nicolle.jacoby@dechert.com
OLIVIER P. STRAUCH (admitted *pro hac vice*)
olivier.strauch@dechert.com
DECHERT LLP
30 Rockefeller Plaza
New York, NY  10112-2200
Telephone:  212.698.3500
Facsimile:   212.698.3599

H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA  94111-3513
Telephone:  415.262.4500
Facsimile:   415.262.4555

Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
AMERICAN INTERNATIONAL GROUP,
INC., and BANQUE AIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIG MATCHED FUNDING CORP., et al.,<br><br>　　　　　Defendants. | Case No.  C-07-05069 JW RS<br><br>Action Filed:  October 2, 2007<br><br>DECLARATION OF NICOLLE L. JACOBY IN SUPPORT OF DEFENDANTS' MOTION TO CHANGE TIME RE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES<br>(N.D. Cal. Civ. L.R. 6-1(b), 6-3, 16-2(d))<br><br>Dep't:　　Courtroom 8, 4th Floor<br>Judge:　　Honorable James Ware |

I, Nicolle L. Jacoby, declare as follows:

1. I am an attorney at law licensed to practice in the State of New York and the District of Columbia. I am a partner at the law firm of Dechert LLP, counsel of record for defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., American International Group, Inc., and Banque AIG ("Defendants") in this action, and have been admitted *pro hac vice* by Order of the Honorable James Ware, dated January 31, 2008. Unless otherwise indicated, I have personal knowledge of the matters stated herein, and I could, and would, competently testify thereto if called upon as a witness.

2. I make this declaration in support of Defendants' Motion to Change Time Re Initial Case Management Conference and Associated Deadlines, filed concurrently herewith.

3. Defendants filed their motion to dismiss Plaintiff's claims on February 6, 2008, and scheduled the motion to be heard on April 7, 2008, the Court's first available hearing date. The Case Management Order currently in effect, however, requires the parties to complete their meet and confer process regarding initial disclosures by March 6, 2008; to complete their initial disclosures and file their joint case management statement by March 21, 2008; and to attend an initial case management conference on March 31, 2008 – all before the motion to dismiss can be heard. Proceeding with these efforts prior to obtaining the Court's decision on the motion to dismiss will likely waste the resources of both parties and the Court, as any agreement regarding the scope of discovery or any scheduling deadlines would likely be mooted or would likely need to be modified in light of the Court's ruling.

4. Nor are initial disclosures necessary to allow Plaintiff to begin investigating the background of this case because much of the basic information Plaintiff would obtain from the initial disclosures should be available in the U.S. Tax Court proceeding commenced by Plaintiff almost four years ago, and is either already in Plaintiff's possession or should be easily obtainable by counsel. *See generally* Defendants' Motion

1   to Dismiss and Exhibit A to the Request for Judicial Notice in Support of Motion to
2   Dismiss.  The U.S. Tax Court pleadings are publicly available.

3        5.     Defendants have attempted in good faith to obtain a stipulation to request a
4   modification of the case management schedule by continuing the above deadlines for
5   approximately two months.  On February 12th, I left Plaintiff's counsel a telephone
6   message. Having received no response, I followed up with an email message on February
7   19th, and in the ensuing exchange on February 19 and 20th, Plaintiff's counsel and I could
8   not reach an agreement.  Attached hereto as Exhibit A is a true and correct copy of emails
9   between Plaintiff's counsel Jennifer Jonak and myself regarding my request for a
10  stipulation.

11       6.     There has been one other material modification to the case management
12  schedule.  On January 8, 2008, the Court approved the parties' stipulation to extend the
13  time for defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG
14  Financial Products Corp. and American International Group, Inc., to respond to the
15  complaint.  In its order approving the stipulation, the Court changed the date of the initial
16  case management conference (and associated deadlines) from February 25, 2008, to
17  March 31, 2008.  On January 30, 2008, the Court approved the parties' stipulation to
18  extend the time for later-served defendant Banque AIG to respond to the Complaint by
19  two days, but did not change any other deadlines already scheduled in the case.

20       7.     If Defendants' Motion to Change Time is granted, the initial case
21  management conference and associated deadlines will be delayed by approximately two
22  months.  No other deadlines have been scheduled.

23      I declare under penalty of perjury under the laws of the United States of America
24  that the foregoing is true and correct.

25      Executed this __ day of February 2008, at New York, New York.

26
27                                                             NICOLLE L. JACOBY
28