to Dismiss and Exhibit A to the Request for Judicial Notice in Support of Motion to Dismiss. The U.S. Tax Court pleadings are publicly available.

5. Defendants have attempted in good faith to obtain a stipulation to request a modification of the case management schedule by continuing the above deadlines for approximately two months. On February 12th, I left Plaintiff's counsel a telephone message. Having received no response, I followed up with an email message on February 19th, and in the ensuing exchange on February 19 and 20th, Plaintiff's counsel and I could not reach an agreement. Attached hereto as Exhibit A is a true and correct copy of emails between Plaintiff's counsel Jennifer Jonak and myself regarding my request for a stipulation.

6. There has been one other material modification to the case management schedule. On January 8, 2008, the Court approved the parties' stipulation to extend the time for defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp. and American International Group, Inc., to respond to the complaint. In its order approving the stipulation, the Court changed the date of the initial case management conference (and associated deadlines) from February 25, 2008, to March 31, 2008. On January 30, 2008, the Court approved the parties' stipulation to extend the time for later-served defendant Banque AIG to respond to the Complaint by two days, but did not change any other deadlines already scheduled in the case.

7. If Defendants' Motion to Change Time is granted, the initial case management conference and associated deadlines will be delayed by approximately two months. No other deadlines have been scheduled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February 2008, at New York, New York.

_____
NICOLLE L. JACOBY