1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  OLIVIER P. STRAUCH (admitted *pro hac vice*)
   olivier.strauch@dechert.com
3  DECHERT LLP
   30 Rockefeller Plaza
4  New York, NY  10112-2200
   Telephone:  212.698.3500
5  Facsimile:  212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone:  415.262.4500
   Facsimile:  415.262.4555

11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP,
14 INC., and BANQUE AIG

15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                   SAN JOSE DIVISION

19

20 RICHARD T. THIERIOT,              Case No.  C-07-05069 JW RS

21            Plaintiff,             Action Filed:  October 2, 2007

22      v.                          **ORDER CONTINUING CASE**
                                    **MANAGEMENT CONFERENCE**
23 AIG MATCHED FUNDING CORP.,
   et al.,
24
              Defendants.
25
                                    Dep't:    Courtroom 8, 4th Floor
26                                  Judge:    Honorable James Ware

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO          [PROPOSED] ORDER GRANTING DEFS.' MOT. TO  CHANGE TIME      C-07-05069 JW RS

1

2

# [~~PROPOSED~~] ORDER

3        The Court continues the Case Management Conference currently set for March 31, 2008 to

4   **April 7, 2008** to coincide with the hearing on Defendants' Motion to Dismiss.  Please note that

5   the hearing will be conducted at the 9 A.M. calendar and the Case Management Conference will

6   be conducted at the 10 A.M. calendar.  Pursuant to the Civil Local Rules, the parties shall meet

7   and confer and file a Joint Case Management Statement on or before **March 28, 2008.**

8

9

Dated:  February 27, 2008                    _____

10                                           JAMES WARE

11                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28