IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard T. Thieriot,<br><br>      Plaintiff,<br>  v.<br><br>AIG Matched Funding Corp., et al.,<br><br>      Defendants. | NO. C 07-05069 JW<br><br>**ORDER DENYING DEFENDANTS' MOTION TO CHANGE TIME RE INITIAL CASE MANAGEMENT CONFERENCE** |

     Before the Court is Defendants' Motion to Change Time Re Initial Case Management Conference and Associated Deadlines. (Docket Item No. 17.) Plaintiff filed a timely opposition to that motion. (Docket Item No. 19.) Since the Court finds a lack of good cause shown, the Court DENIES Defendants' motion.

Dated: March 21, 2008

                                          JAMES WARE<br>                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

France Jaffe france.jaffe@dechert.com
Jennifer Lee Jonak jenny@jonak.com
William M. Lukens wlukens@lukenslaw.com

**Dated: March 21, 2008**                    **Richard W. Wieking, Clerk**

                                                    **By:  /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California