**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. THIERIOT,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>AIG MATCHED FUNDING CORP, ET AL.,<br><br>　　　　　Defendant(s).<br>_____/ | No. C 07-05069 JW<br><br>CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Court sets a Case Management Conference on **April 7, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California before Hon. James Ware. The parties need not file a further joint case management conference statement.

Dated: March 28, 2008

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　by: _____/s/_____
　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　Courtroom Deputy