UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard T. Thieriot,

          Plaintiff(s),

   v.

AIG Matched Funding Corp., et al.,

          Defendant(s).

Case No. C-07-5069 JW RS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 28, 2008

[Party] WILLIAM SHIRLEY
AIG Matched Funding Corp.;
AIG Financial Securities Corp.;
AIG Financial Products Corp.

Dated: March 28, 2008

[Counsel] FRANCE JAFFE
DECHERT LLP