UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard T. Thieriot

            Plaintiff(s),

Case No. C07-05069 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

AIG Matched Funding Corp., et al.

            Defendant(s).

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/28/08

[Party] Banque AIG
James Shephard

Dated: 3/25/08

France Jaffe-Dechert LLP

[Counsel]