UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard T. Thieriot

CASE NO. C07-05069 JW

Plaintiff(s),

v.

STIPULATION AND ~~PROPOSED~~
ORDER SELECTING ADR PROCESS

AIG Matched Funding Corp.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* _____

The parties agree to proceed with private mediation within three months of the Court's decision on Defendants' motion to dismiss and will select a mediator after the Court's decision.

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline  Within three months after the Court decides the motion to dismiss

Dated: 3/28/08

Attorney for Plaintiff

Dated: 3/28/08

Frances Jaffe
Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- X  Private ADR

Deadline for ADR session
90 days from the date of this order.
X  other    as stipulated above

IT IS SO ORDERED.

Dated: March 31, 2008

_James Ware_
UNITED STATES DISTRICT    JUDGE