UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/7/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-05069 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

**Richard Thieriot V. AIG Matched Funding et al**

**Attorney(s) for Plaintiff(s)**: Jennifer Jonak, Williams Lukens
**Attorney(s) for Defendant(s)**: Nicolle Jacoby, Joseph Escher, France Jaffe

PROCEEDINGS

Defendants' Motion to Dismiss and Motion to Strike [Doc. 13]

ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further order on Defendant's Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: