UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/7/2008 | **Court Reporter:** Not Reported |
| **Case No.:** C-07-05069JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

## TITLE

Richard Thieriot v. AIG Management Funding Corp, et al

**Attorney(s) for Plaintiff(s)**: Jennifer Jonak, Williams Lukens
**Attorney(s) for Defendant(s)**: Nicolle Jacoby, Joseph Escher, France Jaffe

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

The Case Management Conference held in chambers, off the record. The Court set the following scheduling dates:

1. Close of All Discovery set for February 23, 2009
2. Last Date to Hear Dispositive Motions set for April 27, 2009
   ** Civil motions are heard at 9:00 AM **
3. Preliminary Pretrial Conference set for January 26, 2009 at 11:00 AM
   ** Parties to file a Joint Pretrial Statement by January 16, 2009**
4. Parties previously stipulated to Private ADR within three (3) months of the Court's Order on the Defendants' Motion to Dismiss.

The Court to issue further order following case management conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: