1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  OLIVIER P. STRAUCH (admitted *pro hac vice*)
   olivier.strauch@dechert.com
3  DECHERT LLP
   30 Rockefeller Plaza
4  New York, NY 10112-2200
   Telephone: 212.698.3500
5  Facsimile: 212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA 94111-3513
10 Telephone: 415.262.4500
   Facsimile: 415.262.4555
11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP, INC.,
14 and BANQUE AIG

RECEIVED
2008 APR 23 PM 1:19
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

FILED
APR 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AIG MATCHED FUNDING CORP., et al.,<br><br>Defendants. | Case No. C-07-05069 JW RS<br><br>Action Filed: October 7, 2007<br><br>[~~PROPOSED~~] JW ORDER GRANTING APPLICATION OF JOSEPH J. LAVIN FOR ADMISSION *PRO HAC VICE*<br><br>Dep't: Courtroom 8, 4th Floor<br>Judge: Honorable James Ware |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING APP. FOR ADMISSION *PRO HAC VICE*    C-07-05069 JW RS

JOSEPH J. LAVIN, an active member in good standing of the Bar of the State of New York, whose business address and telephone number is Dechert LLP, 30 Rockefeller Plaza, New York, NY 10112-2200, (212) 698-3500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., American International Group, Inc., and Banque AIG.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

Dated: April 23, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

13163162.1.LITIGATION