NICOLLE L. JACOBY (admitted *pro hac vice*)
nicolle.jacoby@dechert.com
JOSEPH J. LAVIN (admitted *pro hac vice*)
joseph.lavin@dechert.com
DECHERT LLP
1095 Avenues Of The Americas
New York, NY 10036-6797
Telephone: 212.588.5653
Facsimile: 212.698.3599

H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
AMERICAN INTERNATIONAL GROUP, INC.,
and BANQUE AIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AIG MATCHED FUNDING CORP., et al.,<br><br>Defendants. | Case No. C-07-05069 JW RS<br><br>Action Filed: October 7, 2007<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Dep't:   Courtroom 8, 4th Floor<br>Judge:  Honorable James Ware |

1   Pursuant to Local Rule 6-1(b), the parties hereto stipulate to extend the time within which
2   to respond to the First Amended Complaint. Plaintiff filed the Amended Complaint on May 23,
3   2008, and the last day for defendants to file a responsive pleading is June 12, 2008. The parties
4   stipulate that the time for defendants AIG Matched Funding Corporation, AIG Financial
5   Securities Corporation, AIG Financial Products Corporation, American International Group, Inc.,
6   and Banque AIG to respond to the First Amended Complaint shall be extended for 21 days, to
7   July 3, 2008.

Dated: May 21, 2008

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK

By: /S/
    JENNIFER L. JONAK
    Attorneys for Plaintiff
    RICHARD T. THERIOT

Dated: May 21, 2008

DECHERT LLP
H. JOSEPH ESCHER III

By: _____
    H. JOSEPH ESCHER III
    Attorneys for Defendants
    AIG MATCHED FUNDING CORP.,
    AIG FINANCIAL SECURITIES CORP.,
    AIG FINANCIAL PRODUCTS CORP.,
    AMERICAN INTERNATIONAL GROUP,
    INC., and BANQUE AIG

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the Stipulation to Extend Time to Respond to First Amended Complaint is granted. Defendants shall respond on or before July 3, 2008.

IT IS SO ORDERED.

Dated: May 27, 2008

*James Ware*
UNITED STATES DISTRICT COURT JUDGE

13191114.1.LITIGATION