1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  JOSEPH J. LAVIN (admitted *pro hac vice*)
   joseph.lavin@dechert.com
3  DECHERT LLP
   1095 Avenues Of The Americas
4  New York, NY  10036-6797
   Telephone:  212.588.5653
5  Facsimile:   212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone:  415.262.4500
   Facsimile:   415.262.4555
11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   AMERICAN INTERNATIONAL GROUP,
14 INC., and BANQUE AIG

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

| | |
|---|---|
| 20  RICHARD T. THIERIOT, an individual, | Case No.  C-07-05069 JW RS |
| 21                Plaintiff, | Action Filed:  October 7, 2007 |
| 22        v. | STIPULATION REGARDING DISMISSAL OF DEFENDANT |
| 23  AIG MATCHED FUNDING CORP., et al., | AMERICAN INTERNATIONAL GROUP, INC. |
| 24 | |
| 25                Defendants. | Dep't:    Courtroom 8, 4th Floor<br>Judge:    Honorable James Ware |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RICHARD T. THIERIOT and Defendants AIG MATCHED FUNDING CORP., AIG FINANCIAL SECURITIES CORP., AIG FINANCIAL PRODUCTS CORP., AMERICAN INTERNATIONAL GROUP, INC., and BANQUE AIG hereby stipulate to the dismissal without prejudice of Defendant AMERICAN INTERNATIONAL GROUP, INC. only, with each party to bear their own costs and expenses.

IT IS SO STIPULATED.

Dated:  July 8, 2008        LUKENS LAW GROUP
                            WILLIAM M. LUKENS
                            JENNIFER L. JONAK

                            By:         /S/
                               JENNIFER L. JONAK
                               Attorneys for Plaintiff
                               RICHARD T. THERIOT

Dated:  July 8, 2008        DECHERT LLP
                            NICOLLE L. JACOBY
                            JOSEPH J. LAVIN
                            H. JOSEPH ESCHER III
                            FRANCE JAFFE

                            By:         /S/
                               FRANCE JAFFE
                               Attorneys for Defendants
                               AIG MATCHED FUNDING CORP.,
                               AIG FINANCIAL SECURITIES CORP.,
                               AIG FINANCIAL PRODUCTS CORP.,
                               AMERICAN INTERNATIONAL
                               GROUP, INC., and BANQUE AIG

13226009.1.LITIGATION