NICOLLE L. JACOBY (admitted *pro hac vice*)
nicolle.jacoby@dechert.com
JOSEPH J. LAVIN (admitted *pro hac vice*)
joseph.lavin@dechert.com
DECHERT LLP
1095 Avenues Of The Americas
New York, NY 10036-6797
Telephone: 212.588.5653
Facsimile: 212.698.3599

H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
AMERICAN INTERNATIONAL GROUP, INC.,
and BANQUE AIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD T. THIERIOT, an individual,

Plaintiff,

v.

AIG MATCHED FUNDING CORP., et al.,

Defendants.

Case No. C-07-05069 JW RS

Action Filed: October 7, 2007

SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Dep't: Courtroom 8, 4th Floor
Judge: Honorable James Ware

Pursuant to Local Rule 6-1(b), the parties hereto stipulate to extend the time within which to respond to the First Amended Complaint. Plaintiff filed the Amended Complaint on May 23, 2008. On May 27, 2008, the Court approved the stipulation by the parties to extend the last day for defendants to file a responsive pleading to July 3, 2008. The parties hereby further stipulate that the time for defendants AIG Matched Funding Corporation, AIG Financial Securities Corporation, AIG Financial Products Corporation, American International Group, Inc., and Banque AIG to respond to the First Amended Complaint shall be extended for 7 additional days, to July 10, 2008.

IT IS SO STIPULATED.

Dated: July 3, 2008

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK

By: /S/
JENNIFER L. JONAK
Attorneys for Plaintiff
RICHARD T. THERIOT

Dated: July 3, 2008

DECHERT LLP
NICOLLE L. JACOBY
JOSEPH J. LAVIN
H. JOSEPH ESCHER III
FRANCE JAFFE

By: /S/
FRANCE JAFFE
Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
AMERICAN INTERNATIONAL GROUP, INC., and BANQUE AIG

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the Second Stipulation to Extend Time to Respond to First Amended Complaint is granted. Defendants shall respond on or before July 10, 2008.

IT IS SO ORDERED.

Dated: July 9, 2008

UNITED STATES DISTRICT COURT JUDGE

13224417.1.LITIGATION