NICOLLE L. JACOBY (admitted *pro hac vice*)
nicolle.jacoby@dechert.com
JOSEPH J. LAVIN (admitted *pro hac vice*)
joseph.lavin@dechert.com
DECHERT LLP
1095 Avenues Of The Americas
New York, NY  10036-6797
Telephone:  212.588.5653
Facsimile:   212.698.3599

H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA  94111-3513
Telephone:  415.262.4500
Facsimile:   415.262.4555

Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
AMERICAN INTERNATIONAL GROUP,
INC., and BANQUE AIG

**GRANTED**
*Judge James Ware*
7/9/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual, | Case No.  C-07-05069 JW RS |
| Plaintiff, | Action Filed:  October 7, 2007 |
| v. | STIPULATION REGARDING DISMISSAL OF DEFENDANT AMERICAN INTERNATIONAL GROUP, INC. |
| AIG MATCHED FUNDING CORP., et al., | |
| Defendants. | Dep't:    Courtroom 8, 4th Floor<br>Judge:    Honorable James Ware |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RICHARD T. THIERIOT and Defendants AIG MATCHED FUNDING CORP., AIG FINANCIAL SECURITIES CORP., AIG FINANCIAL PRODUCTS CORP., AMERICAN INTERNATIONAL GROUP, INC., and BANQUE AIG hereby stipulate to the dismissal without prejudice of Defendant AMERICAN INTERNATIONAL GROUP, INC. only, with each party to bear their own costs and expenses.

IT IS SO STIPULATED.

Dated: July 8, 2008

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK

By: _____/S/_____
JENNIFER L. JONAK
Attorneys for Plaintiff
RICHARD T. THERIOT

Dated: July 8, 2008

DECHERT LLP
NICOLLE L. JACOBY
JOSEPH J. LAVIN
H. JOSEPH ESCHER III
FRANCE JAFFE

By: _____/S/_____
FRANCE JAFFE
Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
AMERICAN INTERNATIONAL
GROUP, INC., and BANQUE AIG

**IT IS SO ORDERED:**

Defendant American International Group, Inc. is DISMISSED without prejudice. Each party to bear their own costs and expenses as stipulated.

Dated: July 9, 2008

_____/s/ James Ware_____
United States District Judge