NICOLLE L. JACOBY (admitted *pro hac vice*)
nicolle.jacoby@dechert.com
JOSEPH J. LAVIN (admitted *pro hac vice*)
joseph.lavin@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212.588.5653
Facsimile: 212.698.3599

H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
and BANQUE AIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual,<br><br>  Plaintiff,<br><br>   v.<br><br>AIG MATCHED FUNDING CORP., et al.,<br><br>  Defendants. | Case No. C-07-05069 JW RS<br><br>Action Filed: October 7, 2007<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION<br><br>Dep't:  Courtroom 8, 4th Floor<br>Judge:  Honorable James Ware |

1  Plaintiff Richard T. Thieriot and defendants AIG Matched Funding Corp., AIG
2  Financial Securities Corp., AIG Financial Products Corp., and Banque AIG (collectively
3  "AIG") hereby request relief from this Court's order requiring the parties to attend
4  mediation within three months after the Court's granting in part and denying in part AIG's
5  motion to dismiss. *See* Docket No. 33. The parties have scheduled a mediation with the
6  Honorable Layn R. Phillips (Ret.) for October 9, 2008 and therefore jointly request that
7  this Court extend the deadline for submitting to mediation until that date.

9  IT IS SO STIPULATED.

11 Dated: July 10, 2008     LUKENS LAW GROUP
                            WILLIAM M. LUKENS
12                          JENNIFER L. JONAK

14                          By:    /S/
                               JENNIFER L. JONAK
15                             Attorneys for Plaintiff
                               RICHARD T. THERIOT

17 Dated: July 10, 2008     DECHERT LLP
                            NICOLLE L. JACOBY
18                          JOSEPH J. LAVIN
                            H. JOSEPH ESCHER III
19                          FRANCE JAFFE

20                          By:    /S/
                               FRANCE JAFFE
21                             Attorneys for Defendants
                               AIG MATCHED FUNDING CORP.,
22                             AIG FINANCIAL SECURITIES CORP.,
                               AIG FINANCIAL PRODUCTS CORP.,
23                             and BANQUE AIG

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the Stipulation to Extend Time to Complete Mediation is granted.  The parties shall complete their private mediation process by October 9, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

13226737.1.LITIGATION