1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  JOSEPH J. LAVIN (admitted *pro hac vice*)
   joseph.lavin@dechert.com
3  DECHERT LLP
   1095 Avenue of the Americas
4  New York, NY  10036-6797
   Telephone:  212.588.5653
5  Facsimile:   212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone: 415.262.4500
   Facsimile:   415.262.4555
11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   and BANQUE AIG
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

| | |
|---|---|
| 19  RICHARD T. THIERIOT, an individual, | Case No. C-07-05069 JW RS |
| 20              Plaintiff, | Action Filed:  October 7, 2007 |
| 21       v. | STIPULATION AND [PROPOSED] *Opposition* ORDER TO EXTEND TIME TO COMPLETE MEDIATION |
| 22  AIG MATCHED FUNDING CORP., et al., | |
| 23  | Dep't:    Courtroom 8, 4th Floor<br>Judge:    Honorable James Ware |
| 24              Defendants. | |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION    C-07-05069 JW RS

1   Plaintiff Richard T. Thieriot and defendants AIG Matched Funding Corp., AIG
2   Financial Securities Corp., AIG Financial Products Corp., and Banque AIG (collectively
3   "AIG") hereby request relief from this Court's order requiring the parties to attend
4   mediation within three months after the Court's granting in part and denying in part AIG's
5   motion to dismiss. *See* Docket No. 33. The parties have scheduled a mediation with the
6   Honorable Layn R. Phillips (Ret.) for October 9, 2008 and therefore jointly request that
7   this Court extend the deadline for submitting to mediation until that date.

9   IT IS SO STIPULATED.

11  Dated: July 10, 2008                LUKENS LAW GROUP
                                        WILLIAM M. LUKENS
12                                      JENNIFER L. JONAK

14                                      By:        /S/
                                              JENNIFER L. JONAK
15                                            Attorneys for Plaintiff
                                              RICHARD T. THERIOT

17  Dated: July 10, 2008                DECHERT LLP
                                        NICOLLE L. JACOBY
18                                      JOSEPH J. LAVIN
                                        H. JOSEPH ESCHER III
19                                      FRANCE JAFFE

20                                      By:        /S/
                                              FRANCE JAFFE
21                                            Attorneys for Defendants
                                              AIG MATCHED FUNDING CORP.,
22                                            AIG FINANCIAL SECURITIES CORP.,
                                              AIG FINANCIAL PRODUCTS CORP.,
23                                            and BANQUE AIG

1                           [PROPOSED] ORDER

2         IT IS HEREBY ORDERED THAT the Stipulation to Extend Time to Complete

3 Mediation is granted. The parties shall complete their private mediation process by

4 October 9, 2008.

5         IT IS SO ORDERED.

7 Dated: _____July 11_____, 2008      _/s/ James Ware_____

8                                              UNITED STATES DISTRICT COURT JUDGE

13226737.1.LITIGATION