NICOLLE L. JACOBY (admitted *pro hac vice*)
nicolle.jacoby@dechert.com
JOSEPH J. LAVIN (admitted *pro hac vice*)
joseph.lavin@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:  212.588.5653
Facsimile:   212.698.3599

H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA  94111-3513
Telephone: 415.262.4500
Facsimile:   415.262.4555

Attorneys for Defendants
AIG MATCHED FUNDING CORP.,
AIG FINANCIAL SECURITIES CORP.,
AIG FINANCIAL PRODUCTS CORP.,
and BANQUE AIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual,<br><br>                     Plaintiff,<br><br>    v.<br><br>AIG MATCHED FUNDING CORP., et al.,<br><br>                     Defendants. | Case No. C-07-05069 JW RS<br><br>Action Filed:  October 7, 2007<br><br>SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION<br><br>Dep't:      Courtroom 8, 4th Floor<br>Judge:     Honorable James Ware |

1  To accommodate ongoing discovery efforts, plaintiff Richard T. Thieriot
2  ("Plaintiff") and defendants AIG Matched Funding Corp., AIG Financial Securities Corp.,
3  AIG Financial Products Corp., and Banque AIG (collectively "AIG") have rescheduled
4  their mediation, formerly scheduled for October 9, 2008, for the week of February 23,
5  2009, with the Honorable Layn R. Phillips (Ret.).  The parties hereby request relief from
6  this Court's order requiring the parties to attend mediation on October 9, 2008 (see Doc.
7  No. 50), and jointly request that this Court extend the deadline for submitting to mediation
8  until February 27, 2009.   The parties separately will move the Court for an order
9  extending the discovery cut-off deadline.

11  IT IS SO STIPULATED.

13  Dated:  October 21, 2008                LUKENS LAW GROUP
                                            WILLIAM M. LUKENS
14                                          JENNIFER L. JONAK

16                                          By:         /S/
                                                JENNIFER L. JONAK
17                                              Attorneys for Plaintiff
                                                RICHARD T. THERIOT

19  Dated:  October 21, 2008                DECHERT LLP
                                            NICOLLE L. JACOBY
20                                          JOSEPH J. LAVIN
                                            H. JOSEPH ESCHER III
21                                          FRANCE JAFFE

22                                          By:         /S/
                                                FRANCE JAFFE
23                                              Attorneys for Defendants
                                                AIG MATCHED FUNDING CORP.,
24                                              AIG FINANCIAL SECURITIES CORP.,
                                                AIG FINANCIAL PRODUCTS CORP.,
25                                              and BANQUE AIG

1   [xxxxxxxxxxx] ORDER

2   IT IS HEREBY ORDERED THAT the Stipulation to Extend Time to Complete

3   Mediation is granted.  The parties shall complete their private mediation process by

4   February  27 , 2009.

5   IT IS SO ORDERED.

7   Dated:  October 24  , 2008    _____

    UNITED STATES DISTRICT COURT JUDGE