```
 1  LUKENS LAW GROUP
    WILLIAM M. LUKENS (SBN 037196)
 2  wlukens@lukenslaw.com                       *E-Filed 4/16/09*
    JENNIFER L. JONAK (SBN 191323)
 3  jjonak@lukenslaw.com
    MAUREEN MCGUIRL (SBN 104071)
 4  mmcguirl@lukenslaw.com
    One Maritime Plaza, Suite 1600
 5  San Francisco, CA 94111
    Telephone: (415) 433-3000
 6  Facsimile: (415) 781-1034
    Attorneys for Plaintiff
 7  Richard T. Thieriot

 8

 9  H. JOSEPH ESCHER III (SBN85551)
    h.joseph,Escher@dechert.com
10  FRANCE JAFFE (SBN 217471)
    France.jaffe@dechert.com
11  DECHERT LLP
    One Maritime Plaza, Suite 2300
12  San Francisco, CA 94111
    Telephone: (415) 262-4500
13  Facsimile: (415) 262-4555
    Attorneys for Defendants
14  AIG Matched Funding Corp., et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual, | Case No.: C-07-05069 JW RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS |
| v. | |
| AIG MATCHED FUNDING CORP., a corporation, et. al., | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and among the parties to this action through their counsel of record as follows:

    WHEREAS, Plaintiff served his Request for Production of Documents (Set One) to all the defendants on March 10, 2008 and defendants served their responses thereto on April 18, 2008;

WHEREAS, Defendants served their First Set of Request for Production of Documents addressed to Plaintiff on April 18, 2008 and Plaintiff served his responses thereto on June 18, 2008 and his privilege log on March 27, 2009;

WHEREAS, Defendants served their Subpoena to Reed Smith LLP on June 5, 2008 and Reed Smith served its Objections and Responses thereto on July 17, 2008 and James Kleier served his privilege log on March 9, 2009;

WHEREAS, the parties and Reed Smith subsequently produced documents continuing to the present time;

WHEREAS, counsel for the parties have been engaged in "meet and confer" efforts to resolve the parties' and Reed Smith's objections to document requests on a continuing basis up through and including this week;

WHEREAS, counsel for the parties have been unable to resolve some of the discovery disputes concerning document production in response to the document requests identified above;

WHEREAS, the parties have determined that it will be necessary to file motions to compel document production in response to the document requests identified above and are prepared to file those motions during the week of April 6;

WHEREAS, if the motions were noticed for hearing on 35 days in accordance with Local Rule 7-2, the motions would not be heard until May 13;

WHEREAS, the parties have scheduled a mediation on May 13 and believe that the mediation efforts would be enhanced if the aforementioned discovery disputes were resolved prior to that date; and

WHEREAS, in light of other discovery being conducted in the case, the parties desire to have their respective motions to compel heard on April 29;

WHEREAS, the parties have not previously requested any modification to the time for noticing and hearing motions to compel document production;

1    WHEREAS, the requested modification to the time for hearing the motions to compel
2 document production will not affect the Modified Scheduling Order entered by the Court in this
3 matter on January 8, 2009;

4    IT IS HEREBY STIPULATED and the parties request that the Court order the following
5 briefing and hearing schedule:

6    1.   Plaintiff and Defendants shall file and serve by hand any motions to compel
7 document production in response to the document requests identified above, along with their
8 opening briefs and any other supporting papers, on April 9;

9    2.   Any papers in opposition to any motion to compel document production shall be
10 filed and served by hand on April 22;

11   3.   Any reply papers in support of any motion to compel document production shall
12 be filed and served by hand on April 27; and

4. A hearing on any motion to compel document production shall be heard on April 29 at 9:30 a.m.

Dated: April 8, 2009

                                                    LUKENS LAW GROUP
William M. Lukens (SBN 037196)
Jennifer L. Jonak (SBN 191323)
Maureen McGuirl (SBN 104071)

_____

One Maritime Plaza, Suite 1600
San Francisco, CA 94111

*Attorneys for Plaintiff*
*Richard T. Thieriot*

DECHERT LLP
H. Joseph Escher II (SBN 85551)
France Jaffe (SBN 217471)

_____

One Maritime Plaza, Suite 2300
San Francisco, CA 94111

*Attorneys for Defendants*
*AIG Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., and Banque AIG*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 15, 2009

_____
The Honorable Richard Seeborg
United States District Judge

13430382.1.LITIGATION