*E-Filed 5/8/09*

LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
wlukens@lukenslaw.com
JENNIFER L. JONAK (SBN 191323)
jjonak@lukenslaw.com
MAUREEN MCGUIRL (SBN 104071)
mmcguirl@lukenslaw.com
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034
*Attorneys for Plaintiff Richard T. Thieriot*

H. JOSEPH ESCHER III (SBN85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (SBN 217471)
France.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza, Suite 2300
San Francisco, CA 94111
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
*Attorneys for Defendants AIG Matched Funding Corp., et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual, | Case No.: C-07-05069 JW RS |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO SUBMIT REPORT PURSUANT TO APRIL 29, 2009 HEARING |
| v. | |
| AIG MATCHED FUNDING CORP., a corporation, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and among the parties to this action through their

counsel of record as follows:

WHEREAS, a hearing on the parties' Motions to Compel was heard on April 29, 2009

before Magistrate Judge Seeborg, and at the hearing Judge Seeborg directed the parties to

continue meet and confer efforts and submit a report of unresolved issues on May 6, 2009;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, counsel for the parties have continued meet and confer efforts based upon the guidance Judge Seeborg provided on April 29, 2009 and counsel for parties have reached agreement on a number of their discovery disputes, including production of James Kleier invoices through November 2005, production of certain deposition transcripts in AIG's possession, and the production of certain summary information about other AIG transactions;

WHEREAS, three depositions and a mediation in this case are scheduled over the course of this week and next week;

WHEREAS, several discovery disputes remain outstanding but will likely be resolved with further meeting and conferring;

AND WHEREAS, the parties have not previously requested any extension of time to file the report of outstanding discovery issues and this extension will not otherwise affect the schedule for the case.

IT IS HEREBY STIPULATED and the parties request that the Court order the following:

1.     The time for the parties to submit their report, pursuant to Judge Seeborg's instructions at the April 29, 2009 hearing, is extended through and including May 18, 2009.

Dated: May 5, 2009

LUKENS LAW GROUP
William M. Lukens (SBN 037196)
Jennifer L. Jonak (SBN 191323)
Maureen McGuirl (SBN 104071)

_____

One Maritime Plaza, Suite 1600
San Francisco, CA 94111

*Attorneys for Plaintiff Richard T. Thieriot*

DECHERT LLP
H. Joseph Escher II (SBN 85551)
France Jaffe (SBN 217471)

_____/S_____
H. JOSEPH ESCHER, III
One Maritime Plaza, Suite 2300
San Francisco, CA 94111

*Attorneys for Defendants*
*AIG Funding Corp., AIG Financial Securities*
*Corp., AIG Financial Products Corp., and*
*Banque AIG*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____5/8/09_____, ~~2009~~

_____
The Honorable Richard Seeborg
United States Magistrate Judge