1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  JOSEPH J. LAVIN (admitted *pro hac vice*)
   joseph.lavin@dechert.com
3  DECHERT LLP
   1095 Avenue of the Americas
4  New York, NY  10036-6797
   Telephone:  212.698.3500
5  Facsimile:   212.698.3599

6  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
7  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
8  DECHERT LLP
   One Maritime Plaza
9  Suite 2300
   San Francisco, CA  94111-3513
10 Telephone:  415.262.4500
   Facsimile:   415.262.4555
11
   Attorneys for Defendants
12 AIG MATCHED FUNDING CORP.,
   AIG FINANCIAL SECURITIES CORP.,
13 AIG FINANCIAL PRODUCTS CORP.,
   and BANQUE AIG

*E-Filed 5/19/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual,<br><br>                 Plaintiff,<br><br>     v.<br><br>AIG MATCHED FUNDING CORP., et al.,<br><br>                 Defendants. | Case No. C-07-05069 JW RS<br><br>Action Filed: October 7, 2007<br><br>SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT REPORT PURSUANT TO APRIL 29, 2009 HEARING<br><br>Dep't:   Courtroom 8, 4th Floor<br>Judge:   Honorable Richard Seeborg |

1   Plaintiff Richard T. Thieriot and defendants AIG Matched Funding Corp., AIG
2   Financial Securities Corp., AIG Financial Products Corp., and Banque AIG, through their
3   respective counsel of record, hereby stipulate and agree as follows:

4   WHEREAS, a hearing on the parties' Motions to Compel was heard on April 29,
5   2009 before the Honorable Magistrate Judge Seeborg, and at the hearing Judge Seeborg
6   directed the parties to continue meet and confer efforts and submit a report of unresolved
7   issues on May 6, 2009;

8   WHEREAS, on May 5, 2009 parties submitted a Stipulation and Proposed Order to
9   Extend Time to Submit Report requesting that the parties submit their joint report on May
10  18, 2009 and Judge Seeborg so ordered the Stipulation and Proposed Order on May 8,
11  2009;

12  WHEREAS, on May 6, 2009, and prior to receiving Judge Seeborg's ruling above,
13  the parties submitted a Joint Report on Discovery Disputes describing the parties'
14  continued meet and confer efforts, setting forth those issues that had been resolved and
15  those issues that remained unresolved as of that date and reiterating the parties' request for
16  an extension through May 18, 2009 to submit a joint report;

17  WHEREAS, on May 13, 2009 parties participated in a private mediation of this
18  matter before the Honorable Layn Phillips (Ret.);

19  WHEREAS, on May 14, 2009 parties submitted a Joint Stipulation and Proposed
20  Order Modifying Case Schedule to Judge Ware requesting a four week extension of the
21  existing case deadlines in order to further explore settlement of this matter;

22  WHEREAS, parties believe that the extension of the existing case deadline and this
23  extension of the deadline to file a report of outstanding issues will allow the parties to
24  direct litigation costs and efforts towards a potential resolution of this matter;

25  WHEREAS, parties have previously requested one extension to the deadlines to
26  submit a report of unresolved issues and this further extension will not otherwise affect
27  the schedule of the case;

28  IT IS HEREBY STIPULATED and the parties request that the Court order the

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SECOND JOINT STIP. & [PROPOSED] ORDER TO EXTEND TIME    C-07-05069 JW RS

following:

1. The time for the parties to submit their report of unresolved discovery issues, pursuant to Judge Seeborg's instructions at the April 29, 2009 hearing, is extended through and including June 22, 2009.

Dated: May ___, 2009

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK
MAUREEN MCGUIRL

By: _____
    Maureen McGuirl
    Attorneys for Plaintiff
    RICHARD T. THERIOT

Dated: May 18, 2009

DECHERT LLP
NICOLLE L. JACOBY
JOSEPH J. LAVIN
H. JOSEPH ESCHER III
FRANCE JAFFE

By: _____/s/_____
    H. Joseph Escher III
    Attorneys for Defendants
    AIG MATCHED FUNDING CORP.,
    AIG FINANCIAL SECURITIES CORP.,
    AIG FINANCIAL PRODUCTS CORP.,
    and BANQUE AIG

IT IS SO ORDERED.

Dated: ___May 19_____, 2009

_____
The Honorable Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

13461375.1.LITI