LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
wlukens@lukenslaw.com
JENNIFER L. JONAK (SBN 191323)
jjonak@lukenslaw.com
MAUREEN MCGUIRL (SBN 104071)
mmcguirl@lukenslaw.com
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034
*Attorneys for Plaintiff Richard T. Thieriot*

DECHERT LLP
H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
One Maritime Plaza, Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555
*Attorneys for Defendants AIG Matched Funding Corp., et al.*

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. THIERIOT, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>AIG MATCHED FUNDING CORP., AIG FINANCIAL SECURITIES CORP., AIG FINANCIAL PRODUCTS CORP., BANQUE AIG, and DOES ONE through THIRTY, inclusive,<br><br>   Defendants. | Case No. 07-5069 JW (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE TO ALLOW FOR FURTHER SETTLEMENT DISCUSSIONS**<br><br>Courtroom 8, 4th Floor<br>Judge: The Hon. James Ware |

1  Plaintiff Richard T. Thieriot and defendants AIG Matched Funding Corp., AIG
2  Financial Securities Corp., AIG Financial Products Corp., and Banque AIG (collectively
3  "AIG"), through their respective counsel of record, hereby stipulate and agree as follows:
4  WHEREAS, the parties have diligently pursued discovery in keeping with the
5  Court's existing deadlines in this case;
6  WHEREAS, on May 13, 2009 the parties participated in a private mediation of this
7  matter before the Honorable Layn Phillips (Ret.);
8  WHEREAS, the parties have committed to continuing their efforts to resolve the
9  dispute which is the subject of this action and to that end have agreed to stay their
10 litigation activities for approximately one month to focus their efforts on resolution of this
11 matter;
12 WHEREAS, counsel for the parties believe that a four week extension of the
13 existing deadlines will allow them to maximize their clients' attempts to resolve this
14 matter, and in good faith, request that the Court consider this modest extension of the
15 schedule so as to direct litigation costs and efforts towards resolution;
16 IT IS HEREBY STIPULATED and the parties request that the Court modify the
17 current Scheduling Order to accommodate the settlement effort as follows :

|  | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery | July 6, 2009 | August 3, 2009 |
| Last Day for Hearing Dispositive Motions | Sept. 14, 2009 | **October 5, 2009** |
| Preliminary Pretrial Conference | June 8, 2009 | **July 6, 2009** |
| Preliminary Pretrial Conference Statements | May 29, 2008 | June 26, 2009 |

25 The Parties have previously requested that the current scheduling order be
26 modified to permit a brief period of time to make expert witness disclosures. The
27 modification to the scheduling order proposed herein will affect other deadlines insofar as
28

STIPULATION AND [PROPOSED] ORDER (Case No. 07-5069 JW (RS))
2

those dates are tied to the close of discovery, but the parties have attempted to make this stay and extension as modest as possible so as to minimize the impact on the case schedule and on the Court.

Dated: May 14, 2009

LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
MAUREEN MCGUIRL (SBN 104071)


By:   /s/ Jennifer L. Jonak
*Attorneys for Plaintiff Richard T. Thieriot*

Dated: May 14, 2009

DECHERT LLP
H. JOSEPH ESCHER III (No. 85551)
FRANCE JAFFE (No. 217471)


By:   /s/
H. JOSEPH ESCHER III
*Attorneys for Defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., and Banque AIG*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court is encouraged that the parties are in settlement discussion.  In their Joint Conference Statement for the July 6, 2009 hearing, the parties shall update the Court in their efforts.

Dated: May 20, 2009

*[signature: James Ware]*

The Honorable James Ware
United States District Judge