1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  wlukens@lukenslaw.com
   JENNIFER L. JONAK (SBN 191323)
3  jjonak@lukenslaw.com
   MAUREEN MCGUIRL (SBN 104071)
4  mmcguirl@lukenslaw.com
   One Maritime Plaza, Suite 1600
5  San Francisco, CA 94111
   Telephone: (415) 433-3000
6  Facsimile: (415) 781-1034
   *Attorneys for Plaintiff Richard T. Thieriot*
7
   H. JOSEPH ESCHER III (SBN85551)
8  h.joseph,Escher@dechert.com
   FRANCE JAFFE (SBN 217471)
9  France.jaffe@dechert.com
   DECHERT LLP
10 One Maritime Plaza, Suite 2300
   San Francisco, CA 94111
11 Telephone: (415) 262-4500
   Facsimile: (415) 262-4555
12 *Attorneys for Defendants AIG Matched Funding Corp., et al.*
13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17 RICHARD T. THIERIOT, an individual,   )  Case No.: C-07-05069 JW RS
                                         )
18              Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                         )  CHANGING DATE OF DISCLOSURE OF
19      v.                               )  EXPERT WITNESSES
                                         )
20 AIG MATCHED FUNDING CORP., a          )
21 corporation, et. al.,                 )
                                         )
22              Defendants.              )

23      IT IS HEREBY STIPULATED by and among the parties to this action through their

24 counsel of record as follows:

25      WHEREAS, counsel for the parties have been unable to resolve certain discovery

26 disputes which are the subjects of motions to compel heard on April 29, 2009 before Magistrate

27 Judge Seeborg. At the hearing, Judge Seeborg gave directions concerning the scope of discovery

28 and directed the parties to meet and confer based on his directions or indications; he ordered the

1  parties to submit a report, on May 6, stating what issues remained unresolved and required a

2  ruling by the Court;

3       WHEREAS, the rulings on the scope of permissible discovery and the production of any

4  additional documents and information is likely to affect the reports to be submitted by expert

5  witnesses;

6       WHEREAS, the parties have agreed to alter the dates for the disclosures of expert

7  witnesses set out in the Modified Scheduling Order issued by the Court on January 8, 2009 as

8  follows: (1) expert disclosures will be due on May 25, rather than on May 4, 2009; (2) rebuttal

9  expert disclosures will be due on June 8, rather than May 18, 2009; and motions to exclude an

10 expert or any portion of an expert's testimony will be due on July 20, rather than June 29, 2009;

11      WHEREAS, the parties are scheduled to attend a mediation in this matter before the

12 Honorable Layn Phillips (Ret.) on May 13, 2009, and to the extent this matter settles at

13 mediation, there may be significant savings to the parties and preservation of attorney work

14 product if the case can be resolved at mediation prior to the submission of expert disclosures;

15      WHEREAS, the parties have previously requested only one modification to the Modified

16 Scheduling Order;

17      WHEREAS, the requested modification to the dates for expert disclosures will not

18 otherwise affect the Modified Scheduling Order entered by the Court in this matter on January 8,

19 2009;

20      WHEREAS, the parties have set forth below in bold face the revisions to the Modified

21 Scheduling Order that they jointly request the Court to enter;

22      IT IS HEREBY STIPULATED and the parties request that the Court order the following

23 schedule for expert disclosures:

24      1.    Paragraph 4 of the Modified Scheduling Order is amended to read as follows:

25 Any party wishing to present expert witness testimony with respect to a claim or a defense shall

26 lodge with the Court and serve on all other parties the names, address, qualifications, résumé and

27 a written report which complies with Fed.R.Civ.P. 26(a)(2) on **May 25, 2009**. Expert witness

disclosure must be made with respect to a person who is either (a) specially retained or specially employed to provide expert testimony pursuant to Fed.R.Evid. 702 or (b) a regular employee or agent or treating physician who may be called to provide expert opinion testimony.

    2.      No amendment is made to Paragraph 6 of the Modified Scheduling Order.

    3.      Paragraph 7 of the Modified Scheduling Order is amended to read as follows: If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed. R.Civ.P. (26)(a)(2)(B), no later than **June 8, 2009.**

Dated: April 30, 2009

LUKENS LAW GROUP
William M. Lukens (SBN 037196)
Jennifer L. Jonak (SBN 191323)
Maureen McGuirl (SBN 104071)

One Maritime Plaza, Suite 1600
San Francisco, CA 94111

*Attorneys for Plaintiff Richard T. Thieriot*

DECHERT LLP
H. Joseph Escher II (SBN 85551)
France Jaffe (SBN 217471)

One Maritime Plaza, Suite 2300
San Francisco, CA 94111

*Attorneys for Defendants*
*AIG Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., and Banque AIG*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____ June 8 _____, 2009

The Honorable James Ware
United States District Judge

STIPULATION & [PROPOSED] ORDER CHANGING DATES FOR EXPERT DISCLOSURES
(Case No. C-07-5069 JW RS)