IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Thieriot, | NO. C 07-05069 JW |
| Plaintiff, <br> v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| AIG Matched Funding Corp., et al., | |
| Defendants. | |

On July 6, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference. The Court directed the parties to file a Joint Statement by June 26, 2009, in which the parties were to apprise the Court of their progress toward settlement. (Docket Item No. 99.) To date, no joint statement has been filed. In light of the lack of a joint statement, the Court is unable to prepare for the July 6 pretrial conference.

Accordingly, the Court CONTINUES the July 6 conference to **July 13, 2009 at 11 a.m.** On or before **July 6, 2009**, the parties shall file a joint statement in which they shall update the Court on their progress toward settlement and suggest dates for trial of this matter.

Failure to do so may result in sanctions for both parties.

Dated: June 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

France Jaffe france.jaffe@dechert.com
H. Joseph Escher h.joseph.escher@dechert.com
Jennifer Lee Jonak jenny@jonak.com
Joseph J Lavin joseph.lavin@dechert.com
Maureen M. McGuirl mmcguirl@lukenslaw.com
Nicolle L. Jacoby nicolle.jacoby@dechert.com
William M. Lukens wlukens@lukenslaw.com

**Dated:  June 30, 2009**                           **Richard W. Wieking, Clerk**

                                                    **By:      /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California