

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. THIERIOT, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>AIG MATCHED FUNDING CORP., et al.,<br><br>                    Defendants. | Case No. 07-5069 JW-RS<br><br>**JOINT STATUS STATEMENT REGARDING SETTLEMENT**<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

     By Order issued July 2, 2009, the Court instructed the parties to file a Joint Statement to apprise the Court on their progress toward settlement on or before July 6, 2009.  The parties were previously instructed to file a Joint Statement by June 26, 2009.  Counsel for the parties sincerely apologize to the Court for not having done so.

The parties have reached oral agreement but have not finalized written settlement documents.  They had hoped to be able to finalize the settlement documentation by July 3, but now estimate that it will take an additional week to complete such documentation, and a further week to perform certain obligations pursuant to the settlement, including a dismissal of the case, at which time they anticipate that the settlement will be finalized.

Dated:  July 2, 2009          LUKENS LAW GROUP

                              WILLIAM M. LUKENS
                              JENNIFER L. JONAK


                              By: _____/s/_____
                                     JENNIFER L. JONAK
                                     Attorney for Plaintiff


Dated:  July 2, 2009          DECHERT LLP
                              E. JOSEPH ESCHER
                              NICOLLE L. JACOBY



                              By: _____/s/_____
                                     H. JOSEPH ESCHER III
                                     Attorney for Defendants

**\*\*\* ORDER \*\*\***

In light of the parties' representation that the case has settled, the Court vacates all trial and pretrial dates.  On or before **August 10, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **August 31, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **August 10, 2009**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  July 8, 2009                    _James Ware_____
                                        JAMES WARE
                                        United States District Judge