1  NICOLLE L. JACOBY (admitted *pro hac vice*)
   nicolle.jacoby@dechert.com
2  BENJAMIN E. ROSENBERG (*pro hac vice*)
   benjamin.rosenberg@dechert.com
3  JOSEPH J. LAVIN (admitted *pro hac vice*)
   joseph.lavin@dechert.com
4  DECHERT LLP
   1095 Avenue of the Americas
5  New York, New York  10036-6797
   Telephone:  212.698.3500
6  Facsimile:   212.698.3599

7  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
8  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
9  DECHERT LLP
   One Maritime Plaza, Suite 2300
10 San Francisco, California  94111-3513
   Telephone:  415.262.4500
11 Facsimile:   415.262.4555

12 Attorneys for Defendants
   AIG MATCHED FUNDING CORP.,
13 AIG FINANCIAL SECURITIES CORP.,
   AIG FINANCIAL PRODUCTS CORP.,
14 and BANQUE AIG

*IT IS SO ORDERED*
Judge James Ware
7/27/2009

16                UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                      SAN JOSE DIVISION

20 RICHARD T. THIERIOT, an individual,    Case No.  C-07-05069 JW RS
21              Plaintiff,                 STIPULATION OF DISMISSAL WITH PREJUDICE
22      v.                                 (Fed. R. Civ. P. 41(a)(1)(A)(ii))
23 AIG MATCHED FUNDING CORP., et al.,
24
25              Defendants.

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL WITH PREJUDICE                C-07-05069 JW RS

IT IS HEREBY STIPULATED by and between all the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All parties agree to bear their own fees and costs.

Dated: July 21, 2009

        LUKENS LAW GROUP
        William M. Lukens (SBN 037196)
        Jennifer L. Jonak (SBN 191323)
        Maureen McGuirl (SBN 104071)

        *[signature]*

        One Maritime Plaza, Suite 1600
        San Francisco, CA 94111

*Attorneys for Plaintiff Richard T. Thieriot*

DECHERT LLP
H. Joseph Escher III (SBN 85551)
France Jaffe (SBN 217471)

*[signature]*

One Maritime Plaza, Suite 2300
San Francisco, CA 94111

*Attorneys for Defendants AIG Matched Funding Corp., AIG Financial Securities Corp., AIG Financial Products Corp., and Banque AIG*

**IT IS SO ORDERED:**

The Court terminates any remaining deadlines, hearings or motions. The Clerk shall close this file.

Dated: July 27, 2009

        *[signature: James Ware]*
        United States District Judge